# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**W. GREG VOGEL,**

        Plaintiff,

                                      **Case No. 2:18cv361**

**v.**

**CITY OF VIRGINIA BEACH,**

        Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 5, is GRANTED. Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

DATED: October 24, 2018                                      FERNANDO GALINDO, Clerk

                                                                                  By    /s/
                                                                                           Deputy Clerk